# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br><br>CLARK GRANT<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)        21-mj-5454-JGD<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ in the county of __Suffolk__ in the _____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1343 | Wire fraud |
| 18 U.S.C. § 1014 | False statements on loan and credit application |

This criminal complaint is based on these facts:

See attached Affidavit of Special Agent

☑ Continued on the attached sheet.

*Complainant's signature*

Christina Rosen, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 10/18/2021

*Judge's signature*

City and state: Boston, MA

Honorable Judith G. Dein, U.S. Magistrate Judge
*Printed name and title*