JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**          **U.S. District Court - District of Massachusetts**

**Place of Offense:**     **Category No.** II     **Investigating Agency** US DOL-OIG / USPIS

**City** Boston, MA

**County** Suffolk

**Related Case Information:**
- Superseding Ind./ Inf. _____ Case No. _____
- Same Defendant _____ New Defendant _____
- Magistrate Judge Case Number: 21-MJ-5454-JGD (Co-Def.)
- Search Warrant Case Number: 21-5408, 5409, 5453, 5455, 5504
- R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Monica Cannon-Grant     Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) Taunton, MA

Birth date (Yr only): 1981   SSN (last4#): _____   Sex: F   Race: _____   Nationality: _____

**Defense Counsel if known:** _____   Address: _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA: Dustin Chao and Adam Deitch     Bar Number if applicable: _____

Interpreter: ☐ Yes ☑ No   List language and/or dialect: _____

Victims: ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

Matter to be SEALED: ☑ Yes ☐ No

☑ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor ☑ Felony 18

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 03/14/2022     Signature of AUSA: _(signed)_

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Monica Cannon-Grant

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Wire Fraud Conspiracy | 1-2 |
| Set 2 | 18 U.S.C. § 371 | Conspiracy | 3 |
| Set 3 | 18 U.S.C. §§ 1341 and 2 | Mail Fraud; Aiding and Abetting | 4 |
| Set 4 | 18 U.S.C. § 1343 | Wire Fraud; Aiding and Abetting | 5-17 |
| Set 5 | 18 U.S.C. §§ 1014 and 2 | Making False Statements to a Mortgage Lending Business; Aiding and Abetting | 18 |
| Set 6 | 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) | Wire/Mail Fraud Forfeiture Allegation | |
| Set 7 | 18 U.S.C. § 982(a)(2)(A) | Mortgage Fraud Forefeiture Allegation | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** Co-Defendant charged in same indictment has been previously charged by complaint (21-MJ-5454-JGD) as to two counts and made his initial appreance before Magistrate Judge Judith G. Dein on October 19, 2021.