JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**     **Category No.** II     **Investigating Agency** US DOL-OIG / USPIS

**City** Boston, MA     **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf.    Case No.
Same Defendant    New Defendant
Magistrate Judge Case Number    21-MJ-5454-JGD
Search Warrant Case Number    21-5408, 5409, 5453, 5455, 5504
R 20/R 40 from District of

**Defendant Information:**

Defendant Name: Clark Grant    Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☑ No

Alias Name:

Address: (City & State) Taunton, MA

Birth date (Yr only): 1983    SSN (last4#): 8651    Sex M    Race:    Nationality:

**Defense Counsel if known:** Julie-Ann Olson    Address: Federal Public Defender Office

**Bar Number:**     51 Sleeper Street, 5th Floor
Boston, MA 02210

**U.S. Attorney Information:**

**AUSA** Dustin Chao and Adam Deitch    Bar Number if applicable

**Interpreter:** ☐ Yes  ☑ No    List language and/or dialect:

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☑ No

**Matter to be SEALED:** ☑ Yes  ☐ No

☐ Warrant Requested    ☑ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** 10/19/2021

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☑ On Pretrial Release: Ordered by: Magistrate Judge Judith G. Dein on 10/19/2021

**Charging Document:** ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:** ☐ Petty   ☐ Misdemeanor   ☑ Felony 17

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 03/14/2022    Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Clark Grant

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Wire Fraud Conspiracy | 1-2 |
| Set 2 | 18 U.S.C. § 371 | Conspiracy | 3 |
| Set 3 | 18 U.S.C. §§ 1343 and 2 | Wire Fraud; Aiding and Abetting | 5-17 |
| Set 4 | 18 U.S.C. §§ 1014 and 2 | Making False Statements to a Mortgage Lending Business; Aiding and Abetting | 18 |
| Set 5 | 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) | Wire/Mail Fraud Forfeiture Allegation | |
| Set 6 | 18 U.S.C. § 982(a)(2)(A) | Mortgage Fraud Forefeiture Allegation | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____