UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MONICA CANNON-GRANT and CLARK GRANT,<br><br>Defendants | Case No. 22-CR-10057-MLW |

**ASSENTED-TO MOTION FOR PROTECTIVE ORDER**

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure and Local Rule 116, the United States hereby submits a proposed protective order – attached as Exhibit A – relating to documents and information to be produced in this case and respectfully requests that the Court enter the attached order. Both defendants assent to this motion and to the terms of the proposed protective order. As grounds for this motion, the government states as follows:

The indictment returned in this case charges the defendants with crimes for which the underlying evidence includes financial and other sensitive records. The proposed protective order is necessary because many of the documents to be disclosed to the defendants contain sensitive information involving third parties, personal identification information, and other financial information (including account numbers). Given the recognized importance of measures to protect personal identification information from unnecessary or unwanted disclosure (*see, e.g.*, Local Rule 5.3; Fed. R. Crim. P. 49.1), the attached proposed protective order seeks to establish additional protections in light of the circumstances and discovery material in this case.

2

WHEREFORE, the United States respectfully requests that the Court enter the proposed protective order attached hereto as Exhibit A.

    Respectfully submitted,

    UNITED STATES OF AMERICA,

    By its attorney,

    JOSHUA S. LEVY
    Attorney for the United States,
    Acting Under Authority Conferred by
    28 U.S.C. § 515

    */s/ Adam W. Deitch*
    Dustin Chao
    Adam W. Deitch
    Assistant United States Attorneys
    John Joseph Moakley U.S. Courthouse
    One Courthouse Way, Suite 9200
    Boston, MA 02210
    dustin.chao@usdoj.gov
    adam.deitch@usdoj.gov
    617-748-3100

Dated:  June 16, 2022

## CERTIFICATE OF SERVICE

      Undersigned counsel certifies that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                                /s/ *Adam W. Deitch*
                                                Adam W. Deitch
                                                Assistant United States Attorney

Dated:  June 16, 2022