UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MONICA CANNON-GRANT and<br>CLARK GRANT,<br><br>Defendants | Case No. 22-CR-10057-MLW |

**PROTECTIVE ORDER**

A motion having been made by the government and assented to by the defendants pursuant to Rule 16 of the Federal Rules of Criminal Procedure and Local Rule 116 for a protective order which restricts the disclosure and use of materials produced in this case, it is hereby ORDERED that:

1. With respect to all materials, and the information contained therein, disclosed by the government to defense counsel of record in this case, defense counsel of record and the agents of defense counsel (members of the offices of defense counsel who are directly engaged in assisting in the legal defense of this case and other persons retained by defense counsel for the purpose of assisting in the legal defense of this case) may further disclose such materials, or the information contained therein, to the defendants and to those members of defense counsel's staff only for the purpose of the legal defense of the above-captioned case.

2. To the extent that defense counsel may disclose such materials, and the information contained therein, to potential witnesses, defense counsel of record must redact any social security numbers, dates of birth, home addresses, names of minor children, and financial account numbers of third parties from the copies of materials shown to or played for such witnesses. If the materials

shown to or played for a particular witness contain the social security number, date of birth, home address, names of minor children, and financial account numbers of that particular witness, however, the identifying and confidential information of that particular witness need not be redacted from the materials for the limited purpose of showing the materials to that particular witness.

      3.      This Order does not apply to any such materials that are already in the public record and/or to the defendants' own financial records.

_____
HON. JUDITH G. DEIN
United States Magistrate Judge

DATED: _____