UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MONICA CANNON-GRANT and CLARK GRANT,<br><br>Defendants | Case No. 22-CR-10057-MLW |

### COUNSEL FOR CLARK GRANT'S RESPONSE TO ORDER RE: SCHEDULING OF 12(b) MOTIONS - ECF #72

Counsel for Clark Grant hereby responds to the Court's order issued September 13, 2022, as follows:

Counsel has conferred with Attorney Keith Halpern, the newly-appointed counsel for Monica Cannon Grant. With the agreement of Clark Grant, we hereby join Attorney Halpern in jointly requesting that all pending dates, including for the filing of Rule 12(b) motions and trial, be cancelled. See, Docket No. 74 (Monica Cannon Grant's Response to Orders Re: Scheduling).

Clark Grant further joins Monica Cannon-Grant's request that this case be sent back to the magistrate judge for discovery and pre-trial matters. Counsel is not able to predict appropriate dates for the filing of Rule 12(b)(6) motions or for trial in advance of reviewing this discovery. Counsel needs time to assess whether to seek additional discovery or file other pre-trial motions and believes that returning the case to the magistrate judge would further this effort. Discovery production in this case is voluminous and ongoing. As the government stated in its July 26 Opposition to the Defendant's Motion for a Bill of Particulars, it "has made five productions of automatic discovery, consisting of over 249,000 individual items with 30,061

Bates-stamped pages or files and over 30 GB of total data," with one or two additional installments anticipated. Indeed, since that time, the government made two additional discovery productions on August 1, 2022 containing 2 GB of data consisting of 911 files and on September 14, 2022, *containing 53.9 GB of data containing 260,395 new files*. In light of the sheer volume of documents and other evidence produced by the government as recently as last week, there is simply no way that counsel for Mr. Grant can effectively review and assess the need for 12(b) motions at this stage.

    Mr. Grant further agrees to exclude from the Speedy Trial calculation the time from September 9, 2022 until the next hearing before either the Magistrate or District Judge, pursuant to 18 USC § 3161(h)(7)(A), as it is in the interests of justice to do so. [1]

    Respectfully submitted,
CLARK GRANT

By his attorneys,

*/s/ Julie-Ann Olson*
Julie-Ann Olson
Joshua Hanye
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
Julie-Ann_Olson@fd.org
617-223-8061

Dated: September 23, 2022

---

[1] Ms. Cannon-Grant and Clark Grant jointly request that a hearing on the pending Motion for a Bill of Particulars occur no earlier than November 1, 2022. The government has no objection.

## CERTIFICATE OF SERVICE

  Undersigned counsel certifies that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

            */s/ Julie-Ann Olson*
            Julie-Ann Olson
            Counsel for Clark Grant

Dated:  September 23, 2022